WILBUR A. GRUPENHOF, PLAINTIFF-PETITIONER, v. ESSO STANDARD OIL COMPANY, *ET AL.*, DEFENDANTS-RE-SPONDENTS.

*Messrs. Schreiber & Osterweil* for the petitioner.

*Messrs. Galvin, French, Palladino & Nardolilli* and *Mr. James L. Melhuish* for the respondents.

January 21, 1965. Denied.

NORMAN A. MASTERSON, *ET AL.*, PLAINTIFFS, v. CHRIS-TOPHER DINER, INC., *ET AL.*, DEFENDANTS-RESPON-DENTS, AND LOUIS J. CIACONA, DEFENDANT-PETI-TIONER.

See same case below: 85 *N. J. Super.* 267.

*Messrs. Kein, Scotch & Pollatschak* for the petitioner.

*Messrs. Gruen & Goldstein* for the respondents.

January 21, 1965. Denied.